574 A.2d 600

**CARLOS R. LEFFLER, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.**

Supreme Court of Pennsylvania.

Argued May 8, 1990.

Decided May 23, 1990.

Sherill T. Moyer, Harrisburg, for appellant.

Michael A. Roman, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

### ORDER

PER CURIAM:

Order affirmed.